UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE MORRELL )<br>   Plaintiff, )<br>)<br>)<br>v. )<br>)<br>ENHANCED RECOVERY COMPANY, LLC )<br>   Defendant ) | CIVIL ACTION<br><br>TRIAL BY JURY<br>DEMANDED<br><br>FEBRUARY 9, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

3. The defendant, Enhanced Recovery Company, LLC ("ERC"), is a Delaware Limited Liability Company that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over ERC because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. ERC claimed that Plaintiff owed a consumer debt that was assigned to ERC for collection purposes.

8. ERC began contacting Plaintiff in an attempt to collect the account and sent her a collection letter regarding the account on or around January 3, 2011.

9. Around that same time, ERC on multiple occasions called Plaintiff's mother's home and left messages stating that they were a debt collector attempting to collect a debt from Valerie Morrell; Plaintiff had never resided at her mother's home.

10. The aforementioned message annoyed and upset Plaintiff's mother, and she called Plaintiff and complained to her about the debt collection calls she received from ERC, and this caused Plaintiff shame and embarrassment.

11. ERC has violated the FDCPA and CUTPA.

WHEREFORE, the Plaintiff seeks recovery of actual damages (including emotional distress related damages) pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFF, VALERIE MORRELL**

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax (860) 571-7457